a peremptory mandamus order was improvident. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

ELIZABETH JACOBSEN, Respondent, Appellant, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant, Respondent.— Judgment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

PAUL KAUFMAN, Respondent, v. THERESA S. KOLDIN, Appellant.*— Judgment affirmed, with costs. No opinion. Lazansky, P. J., Young, Kapper and Davis, JJ., concur; Carswell, J., dissents.

NATHAN LAIDHOLD, Respondent, v. SUBURBAN LAUNDRY COMPANY, Appellant. — Order of the City Court of White Plains granting plaintiff's motion to set aside the verdict and direct a new trial modified so as to provide that the motion be granted unless defendant stipulate to increase the verdict to $150; the stipulation to be made within five days from the entry of the order herein. As thus modified the order is unanimously affirmed, without costs. If the defendant so stipulate, the order is reversed and the motion denied. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

IRMA C. LOWE, Appellant v. CITY OF NEW YORK, Respondent.— Order denying motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

ELLIOTT MARX and WILLIAM LEISCHNER, Respondents, v. QUEENS FARMS DAIRY CO., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

ROSA MEINKE, Respondent, v. B. F. GOODRICH RUBBER COMPANY and Another, Defendants, Impleaded with INTERNATIONAL HARVESTER COMPANY OF AMERICA, Sued Herein as INTERNATIONAL HARVESTER COMPANY, Appellant. HENRY MEINKE, Respondent, v. B. F. GOODRICH RUBBER COMPANY and Another, Defendants, Impleaded with INTERNATIONAL HARVESTER COMPANY OF AMERICA, Sued Herein as INTERNATIONAL HARVESTER COMPANY, Appellant. WILLIAM HOPBACH, Respondent, v. B. F. GOODRICH RUBBER COMPANY and Another, Defendants, Impleaded with INTERNATIONAL HARVESTER COMPANY OF AMERICA, Sued Herein as INTERNATIONAL HARVESTER COMPANY, Appellant.— Orders denying motions to amend papers affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

JENNIE NADEL, Respondent, v. MARY ZLOTOGURA and Others, Appellants.— Judgment reversed on the law and a new trial granted, costs to appellants to abide the event, upon the ground that the admission of plaintiff's Exhibit 3 in evidence was prejudicial error. We are of opinion that this exhibit, despite the claim that its purpose was to show the dimensions of the hall with reference to the location of the hole in the floor, had for its only purpose an exhibition of subsequent repairs. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

JOHN B. REIMER and HENRY J. MULLEN, Partners, Doing Business under the Firm Name of REIMER & MULLEN, Plaintiffs, and JOHN B. REIMER, Surviving Partner of REIMER & MULLEN, Respondent, v. THE CITY OF NEW YORK, Appellant.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The order under review directs the Comptroller of the State of New York to pay to John B. Reimer, the

---

* Affd., 263 N. Y. 535.